AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
)
DNA of Ronnell F. Lewis )
)
)

Case No. 1:18-sw-226
Assigned To: Magistrate Judge G. Michael Harvey
Date Assigned: 8/24/2018
Description: Search and Seizure Warrant

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of _____Columbia_____
*(identify the person or describe the property to be searched and give its location)*:

Ronnell Francis Lewis, DOB 11/10/1973, located at the DC Department of Corrections, Correctional Treatment Facility, Washington D.C.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Cheek cells and saliva to be obtained via buccal swab of Ronnell Lewis for the purpose of a DNA comparison with evidence collected following the armed robbery of Rocky's Auto Shop on November 22, 2016.

**YOU ARE COMMANDED** to execute this warrant on or before _____9/6/18_____ *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____G. Michael Harvey_____.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: __08-24-18 / 3:25pm__   ___/s/___
   *Judge's signature*

City and state: ___Washington, D.C.___   G. Michael Harvey, Magistrate Judge
   *Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 1:18-SW-00226 | 8/29/18  11:04 a.m. | Ronnell Lewis |

Inventory made in the presence of: Investigator Eddy Miranda, DC DOC

Inventory of the property taken and name of any person(s) seized:

Saliva.

**FILED**
SEP - 7 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 9/5/18

Brian M. Tracy
*Executing officer's signature*

Brian M. Tracy, Special Agent FBI
*Printed name and title*